**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | CASE NO.    3:06 CR 298 |
| | ) | |
| | ) | |
| Plaintiff/respondent, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| Vs. | ) | |
| | ) | |
| Robert Andrew Harris, | ) | <u>Order</u> |
| | ) | |
| Defendant/petitioner. | ) | |

Pending before the Court is defendant's Motion to Vacate, Set Aside, or Correct

Sentence under § 2255 (Doc. 30), wherein defendant challenges his guidelines-based sentence

pursuant to *Johnson v. United States,* 135 S.Ct. 2551 (2015). The motion is hereby held in

abeyance pending the outcome of *Beckles v. United States,* 136 S.Ct. 2510 (2016).

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 11/30/16